# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LASHAWN ANTHONY SMITH

NO. 2022 KW 1377

**MARCH 13, 2023**

---

In Re:    LaShawn Anthony Smith, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 587665.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the district court's ruling on the Motion for Court to Take Notice of Law, all pertinent minute entries and/or transcripts, particularly the transcript of the district court's hearing on the motion at issue, the indictment, the habitual offender bill of information, the state's answer to his application for postconviction relief, and any other portions of the district court record that might support the claims raised in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

MRT
WRC
CHH

COURT OF APPEAL, FIRST CIRCUIT

_q.S.D_
DEPUTY CLERK OF COURT
FOR THE COURT